IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2326

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2326, 2:12-md-2326 [ECF No. 6717], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A and Boston Scientific Corporation, seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2326 and in the individual cases listed on the attached Exhibit A.

ENTER: September 11, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 16-cv-00264 | CLARK, Rosanna vs. Boston Scientific Corporation |
| 16-cv-12323 | HUMPHREYS, Judy and Frank Humphreys vs. Boston Scientific Corporation |